WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED '05 OCT 19 07:48 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HART TISDALE,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 04-1322-HO

ORDER

Attorney fees in the amount of $7,308.24 and expenses in the amount of $16.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $175.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 18th day of October, 2005.

_____
Michael R. Hogan
United States District Judge

Submitted on October 11, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1